# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2039
Lower Tribunal No. FC 18-1239

_____

ASHLEY NICOLE MUSICK,

Appellant,

v.

CALEB WILLIAM MUSICK,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Heather Beato, Judge.

July 19, 2024

PER CURIAM.

AFFIRMED. *See Franks v. Franks*, 86 So. 3d 1252, 1253 (Fla. 1st DCA 2012).

NARDELLA and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Eric J. Stuedemann, of Salty Law, P.A., Bradenton, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED